# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM JEONG,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CHESAPEAKE BIG MARKET, INC., et al.,<br><br>　　　　　Defendants. | Civil Action 10-01118  (HHK) |

## ORDER OF DISMISSAL

Plaintiff Sam Jeong ("Jeong") has filed a document captioned "Notice of Dismissal" [#3].

In light of this filing, it is this 21st day of September, 2010, hereby

**ORDERED** that the above-captioned action brought by Jeong against Chesapeake Big Market, Inc., Byung H. Jang, and Jang & Lee, Inc. is **DISMISSED WITH PREJUDICE**.


　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge